IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Sun Life and Health Insurance Company US f/k/a Genworth Life and Health Insurance Company f/k/a GE Group Life Assurance Company, <br><br> Plaintiff, <br><br> vs. <br><br> Ketan Kothari, <br><br> Defendant. | Civil Action No.: 4:08-cv-0212-TLW-TER |

# ORDER

The plaintiff, Sun Life and Health Insurance Company ("plaintiff"), filed this action on January 22, 2008. (Doc. #1). The Clerk's Entry of Default was filed against the defendant on July 31, 2009. The plaintiffs then filed a motion for default judgment on August 3, 2009. (Doc. # 17). The case was referred to United States Magistrate Thomas E. Rogers, III, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(e), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #21). On January 13, 2010, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the plaintiff's motion for default judgment be granted and that judgment be entered against the defendant in the amount of $25,552.44. The defendant filed no objections to the report. Objections were due on February 1, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #21). For the reasons articulated by the Magistrate Judge, the plaintiff's motion for default judgment against defendant Ketan Kothari, (Doc. #17), is **GRANTED** and judgment is hereby entered against the defendant in the amount of $25,552.44.

**IT IS SO ORDERED**.

                                                              s/Terry L. Wooten
                                                United States District Judge

February 18, 2010
Florence, South Carolina